UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIUS LINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:12-cv-1726-RLY-DKL |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge's report recommending that this case be dismissed as time-barred was entered on August 28, 2013. [Dkt. 17.] No objections having been filed, the time for filing same having expired, 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2), and no errors of fact or law being apparent therein, the *Report and Recommendation* [dkt. 17] is approved and adopted as the ruling and rationale of the court. Judgment shall issue accordingly

**SO ORDERED this 24th day of October 2013.**

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.

Julius Linson
1032 North Centennial Street
Indianapolis, Indiana  46222

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana